ORIGINAL

JOHN HARRIS PAER    #1551-0
41 B Kepola Place
Honolulu, Hawaii 96817
Telephone No.: (808) 595-7179
Facsimile No.: (808) 595-3918
Email: paerj001@hawaii.rr.com

Attorney for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 13 2007

at __10__ o'clock and __55__ min. __a__M
SUE BEITIA, CLERK

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| DORIS LEE,<br><br>     Plaintiff,<br><br>vs.<br><br>NATIONWIDE CREDIT, INC.,<br><br>     Defendant. | CIVIL NO.: 07-00041 DAE-BMK<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES**<br><br>Scheduling Conference Date:<br>April 23, 2007 @ 9 a.m.<br>before Magistrate Judge<br>Barry M. Kurren |

**NOTICE OF DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AND PARTIES**

PLEASE TAKE NOTICE that Plaintiff, by and through her undersigned counsel, is hereby dismissing with prejudice the above entitled action against Defendant above-named, pursuant to Rule 41 of the Federal Rules of Civil Procedure.  Defendant has not yet filed an answer.  There are no pending motions for summary judgment and this case has not been set for trial.

There are no remaining parties and/or issues.

DATED:  Honolulu, Hawaii, March _13_, 2007.

_____
JOHN HARRIS PAER
Attorney for Plaintiff

T:\Data\Nationwide Credit\Lee\DismNtc.wpd